ORIGINAL

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0189

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0189

FILED

MAY 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DANNY LEE WARNER, JR.,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

Danny Lee Warner, Jr. petitions this Court for an out-of-time appeal. As grounds, Warner explains that on January 11, 2022, he mailed a timely Notice of Appeal to the Clerk of the Supreme Court and that in April, he learned from the Clerk's office that no documents had been received. He adds that the District Court received a copy of his notice in January 2022. Warner states that, after receiving the April letter, he filed a letter, Notice of Appeal, Motion to Proceed on Appeal, and a Request for Production of Transcripts with this Court.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

According to available electronic documents, the Eleventh Judicial District Court, Flathead County, denied Warner's petition for postconviction relief on December 16, 2021. The District Court filed Warner's Notice of Appeal on January 18, 2022.

We conclude that Warner has demonstrated extraordinary circumstances to warrant an appeal. Therefore,

IT IS ORDERED that Warner's Petition for an Out-of-Time Appeal is GRANTED.

The Clerk of the Supreme Court is directed to file Warner's accompanying Notice of Appeal as of the date of this Order.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Danny Lee Warner, Jr.

DATED this 3rd day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices